IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL DUANE MARLIN
Reg. #08387-003                                                                                             PLAINTIFF

V.                                              2:06CV00060 JMM/HDY

LT. LABRADO, FCI- Forrest City; CORRECTIONAL
OFFICER BOWDEN, FCI- Forrest City; and CASE
MANAGER DANAHER, FCI- Forrest City                                                   DEFENDANTS

## ORDER

Pending is Plaintiff's motion for reconsideration. (Docket # 63). Plaintiff asks the Court to reassess Plaintiff's ability to pay. In a Mandate issued September 20, 2007, the United States Court of Appeals for the Eighth Circuit summarily affirmed this Court's judgment. The Court of Appeals granted Plaintiff's application to proceed *in forma pauperis* and ordered that Plaintiff pay the filing fee in installments in accordance with 28 U.S.C. §1915(b). The assessment and collection of those fees was remanded to this Court. The Court's September 24, 2007 order assessed those fees as directed by the Court of Appeals. Accordingly, Plaintiff's motion for reconsideration, is DENIED.

IT IS SO ORDERED this 25th day of October, 2007.

James M. Moody
United States District Judge